UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE S. DEJESUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ROMERO, et al.,<br><br>　　　　　Defendants. | No.  1:23-cv-01096-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE<br><br><br>Doc. 19 |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Plaintiff's original complaint set forth a series of disagreements with correctional officer J. Romero at Pleasant Valley State Prison (PVSP) regarding plaintiff's rights and obligations with respect to a cane and ADA vest, resulting in Romero issuing plaintiff multiple Rule Violation Reports (RVRs).  *See generally* Doc. 1.  On February 6, 2024, the assigned magistrate judge screened plaintiff's complaint and found that it failed to state a cognizable claim.  Doc. 13.

　　　　After receiving the Court's screening order, plaintiff filed a notice on February 29, 2024, entitled, in part, "Plaintiff request to stand on his complaint." Doc. 14.  Thereafter, on March 15, 2024, the magistrate judge issued findings and recommendations recommending dismissal of this

1

1  action for failure to state a claim.  Doc. 17.

2  On April 2, 2024, plaintiff filed a first amended complaint.  Doc. 18.  In this complaint,
3  plaintiff asserted claims against a different defendant not named in the initial complaint,
4  correctional officer Devilla.  *Id.* at 3.  The first amended complaint did not include allegations
5  against either of the original defendants: J. Romero or A. Bustos.  *Id.* at 2.

6  In light of plaintiff's filing of a first amended complaint following the Court's findings
7  and recommendations, issued March 15, 2024, Doc. 17, the magistrate judge vacated the previous
8  findings and recommendations and, on April 17, 2024, issued a new screening order.  Doc. 19.
9  As plaintiff's first amended complaint was not a proper amended complaint, in that it named a
10 different defendant and alleged an entirely different incident than as alleged in the initial
11 complaint, the screening order first addressed plaintiff's initial complaint.  *Id.*  The screening
12 order reiterated the findings and recommendations of the initial screening order, and
13 recommended dismissal for failure to state a cognizable claim.  *Id.*  The screening order also
14 found that granting leave to amend would be futile because the first amended complaint did not
15 cure the deficiencies identified in the original complaint, and instead alleged new claims against
16 new defendants.  *Id.* at 17–18.  Moreover, the magistrate judge found that the new allegations
17 similarly failed to state a cognizable claim.  *Id.* at 18–19.  The findings and recommendations
18 were served on plaintiff and provided him thirty (30) days to file objections.  *Id.* at 21.  Plaintiff
19 filed his objections on May 17, 2024.  Doc. 20.

20 In his objections, Doc. 20, plaintiff merely repeats allegations from his initial complaint
21 that were addressed in the findings and recommendations, Doc. 19.  Plaintiff's objections do not
22 undermine the magistrate judge's findings and recommendations.  Plaintiff has been provided
23 legal standards and afforded an opportunity to amend his complaint but has been unable to cure
24 the deficiencies identified.  Therefore, further leave to amend would be futile.

25 In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of
26 this case.  Having carefully reviewed the file, including plaintiff's objections, the Court concludes
27 that the findings and recommendations are supported by the record and proper analysis.

28 ///

Accordingly:

1. The findings and recommendations issued on April 17, 2024, Doc. 19, are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED without leave to amend for failure to state a claim upon which relief can be granted; and
3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   May 21, 2025

UNITED STATES DISTRICT JUDGE